UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE:

Carlos Benvennutti, Jr
Vernice L. Tolliver-Benvennutti
    DEBTOR

CASE NO.: 18-28608ABA

CHAPTER: 13

JUDGE: Andrew B. Altenburg

## CERTIFICATION OF DEBTORS

We appeared at our 341 Meeting of Creditors on October 18, 2018. At that time, we mistakenly stated that we entered into an auto finance agreement for a 2011 Honda Odyssey after the filing of our bankruptcy (September 18, 2018). We, in fact, entered into the auto finance agreement in March 2018, as shown by Santander Bank's proof of claim (number 4-1) which was filed on October 18, 2018.

Dated: October 23, 2018

_____
Carlos Benvennutti, Jr.

_____
Vernice L. Tolliver-Benvennutti