STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In Re: | |
|---|---|
| | Chapter 13 |
| Carlos Benvennutti, Jr and Vernice L. Tolliver-Benvennutti aka Vernice L Tolliver | Case Number: 18-28608-ABA |
| Debtor(s) | Judge: Andrew B. Altenburg, Jr. |

**OBJECTION OF VILLAGE CAPITAL & INVESTMENT, LLC TO DEBTOR'S CHAPTER 13 PLAN WITH RESPECT TO REAL PROPERTY LOCATED AT 2402 BRANDEIS AVENUE, RIVERTON, NJ 08077**

Village Capital & Investment, LLC (hereinafter, "Creditor"), through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan filed by Debtor Carlos Benvennutti, Jr and Vernice L. Tolliver-Benvennutti aka Vernice L Tolliver (hereinafter, "Debtor"). In support thereof, Creditor respectfully represents as follows:

1. On May 27, 2012, Debtor signed a note and mortgage in the principal sum of $183,584.00, evidencing a loan from Carlos Benvenutti and Vernice Tolliver-Benvenutti in the same amount, secured by the real property located at 2402 Brandeis Avenue, Riverton, NJ 08077 (hereinafter, the "Property"), as evidenced by a mortgage recorded with the Clerk of Burlington County on June 25, 2012 in Book OR-13016 at Page 5508 as Instrument No. 4897078.

2. Creditor is the holder of the note and assignee of the mortgage.

3. Debtor filed a Chapter 13 Bankruptcy Petition on September 18, 2018 and as a result, any State Court proceedings were stayed.

4. Creditor objects to Debtor's proposed Chapter 13 Plan (hereinafter, the "Plan") for the following reasons:

    a) The Plan is infeasible in that the Plan:

        i. Is underfunded and does not provide sufficient funds to pay the claims.

        ii. Does not provide for sufficient funds to Creditor in order to cure the pre-petition arrears due to Creditor in the amount of $20,376.64. (which is the approximate amount subject to the actual amount stated in the final

    filed Proof of Claim).

  b) The Plan does not adequately provide for post-petition payments in the monthly amount of $7,702.62.

5. Further, the Debtor's Schedule D indicates a valuation of the property in the amount of $203,400.00, with Movant's first lien against the property in the amount of $176,118.60. Accordingly, there is little to no equity in the Property and the Property is not necessary for an effective reorganization.

6. By proposing to pay Creditor as proposed, the Plan violates the standards of 11 USC § 1325(a)(5)(B)(i) and (ii) because it pays Creditor less than the allowed amount of such claim.

7. This Objection is made in accordance with the Federal Rules of Bankruptcy Procedure.

  WHEREFORE, Creditor, Village Capital & Investment, LLC by and through its Counsel, Stern & Eisenberg, PC, respectfully requests that this Honorable Court deny confirmation of the Chapter 13 Plan and dismiss the Chapter 13 Bankruptcy Petition together with such other relief this Court deems necessary and appropriate.

              Respectfully Submitted:

              Stern & Eisenberg, PC

              *By:_/s/ STEVEN P. KELLY, ESQ._____*
              STEVEN P. KELLY, ESQ.
              Stern & Eisenberg, PC
              1040 N. Kings Highway, Suite 407
              Cherry Hill, NJ 08034
              skelly@sterneisenberg.com
              Phone: (609) 397-9200
              Fax: (856) 667-1456
              Bar Number: 010032010
Date: October 26, 2018        Counsel for Movant

STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

| In Re: | Chapter 13 |
|---|---|
| Carlos Benvennutti, Jr and Vernice L. Tolliver-Benvennutti aka Vernice L Tolliver | Case Number: 18-28608-ABA |
| Debtor(s) | Judge: Andrew B. Altenburg, Jr. |

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

ORDER DENYING CONFIRMATION

The relief set forth on the following page is hereby **ORDERED.**

(page 2)

Debtor: Carlos Benvennutti, Jr and Vernice L. Tolliver-Benvennutti aka Vernice L Tolliver

Case Number: 18-28608-ABA

Caption of Order: Order Denying Confirmation (and other relief)

---

      Upon the Motion of Village Capital & Investment, LLC, through its Counsel, Stern & Eisenberg, PC, under the Bankruptcy Code and Rules of Bankruptcy Procedure as to the real property located at 2402 Brandeis Avenue, Riverton, NJ 08077, and for good cause shown, it is:

      ORDERED that the confirmation of the Chapter 13 Plan is DENIED.

STEVEN P. KELLY, ESQ.
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| In Re: | Chapter 13 |
|---|---|
| Carlos Benvennutti, Jr and Vernice L. Tolliver-Benvennutti aka Vernice L Tolliver | Case Number: 18-28608-ABA |
| Debtor(s) | Judge: Andrew B. Altenburg, Jr. |

**Memorandum of Law in Support of Objection of Village Capital & Investment, LLC to Chapter 13 Plan. With Respect to Real Property Located at 2402 Brandeis Avenue, Riverton, NJ 08077**

The issues presented in the instant motion are not complicated. Therefore, no memorandum of law is required.

Respectfully Submitted:

Stern & Eisenberg, PC

By: /s/ Steven P. Kelly, Esq.
Steven P. Kelly, Esq.
Stern & Eisenberg, PC
1040 N. Kings Highway, Suite 407
Cherry Hill, NJ 08034
skelly@sterneisenberg.com
Phone: (609) 397-9200
Fax: (856) 667-1456
Bar Number: 010032010
Counsel for Movant

Date: October 26, 2018

STEVEN P. KELLY, ESQ.,
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| In Re: | Chapter 13 |
|---|---|
| Carlos Benvennutti, Jr and Vernice L. Tolliver-Benvennutti aka Vernice L Tolliver | Case Number: 18-28608-ABA |
| Debtor(s) | Judge: Andrew B. Altenburg, Jr. |

### CERTIFICATE OF SERVICE

    I, STEVEN P. KELLY, ESQ., hereby certify that a true and correct copy of the within Objection to the Chapter 13 Plan of Village Capital & Investment, LLC, together with Order and this Certificate, was sent to the Debtor Counsel and the Trustee and all other required parties in accordance with the Rules of Bankruptcy Procedure on the date set forth below.

                          Respectfully submitted,

                          STERN & EISENBERG, PC

                          *By:_/s/ Steven P. Kelly, Esq._____*
                          Steven P. Kelly, Esq.
                          Stern & Eisenberg, PC
                          1040 N. Kings Highway, Suite 407
                          Cherry Hill, NJ 08034
                          skelly@sterneisenberg.com
                          Phone: (609) 397-9200
                          Fax: (856) 667-1456
                          Bar Number: 010032010
DATE: October 26, 2018           Counsel for Movant

Service List:

| Name and Address of Party(ies) Served | Relationship of Party(ies) to the Case | Mode of Service |
|---|---|---|
| Isabel C. Balboa<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Brad J. Sadek<br>1315 Walnut Street<br>Suite 502<br>Philadelphia, PA 19107 | Debtor Counsel | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☒ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |
| Carlos Benvennutti, Jr and Vernice L. Tolliver-Benvennutti aka Vernice L Tolliver<br>2402 Brandeis Avenue<br>Riverton, NJ 08077 | Debtors | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-Mail<br>☐ Notice of Electronic Filing (NEF)<br>   Unless not a participant in ECF<br>☐ Other:_____<br>(as authorized by the Court*) |