| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**Sadek and Cooper Law Office**<br>**1315 Walnut Street, Suite 502**<br>**Philadelphia, PA 19107**<br>**215-545-0008**<br>   Attorney for Debtors<br><br><br>In re:<br>    **Carlos Benvennutti, Jr**<br>    **Vernice L Tolliver-Benvennutti** | Case No.:    **18-28608**<br><br>Chapter:    **13**<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge:    **Altenburg** |

## CERTIFICATION OF SERVICE

1. I, **Karen M. Campling** :

    ☐ represent ___ in the this matter.

    ☑ am the secretary/paralegal for **Brad J. Sadek, Esq.** , who represents

    **Carlos Bevennutti, Jr. and Vernice L. Tolliver-Benvennutti** in the this matter.

    ☐ am the ___ in the this case and am representing myself.

2. On **May 31, 2019** , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:
    **Modified Chapter 13 Plan and Chapter 13 Plan Transmittal Letter**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: **May 31, 2019**    /s/ **Karen M. Campling**
                                               Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| **Apex Asset Management**<br>**Attn: Bankruptcy**<br>**2501 Oregon Pike, Ste 201**<br>**Lancaster, PA 17601** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Capital One**<br>**Attn: Bankruptcy**<br>**Po Box 30285**<br>**Salt Lake City, UT 84130** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Comenity Capital/mprc**<br>**Po Box 182120**<br>**Columbus, OH 43218** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Diversified Consultants, Inc.**<br>**Attn: Bankruptcy**<br>**Po Box 551268**<br>**Jacksonville, FL 32255** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Dovenmuehle Mortgage Inc**<br>**PO Box 371306**<br>**Pittsburgh, PA 15250** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **I C System Inc**<br>**444 Highway 96 East**<br>**P.O. Box 64378**<br>**St. Paul, MN 55164** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Kohls/Capital One**<br>**N56 W 17000 Ridgewood Dr**<br>**Menomonee Falls, WI 53051** | | ☐ Hand-delivered<br>☑ Regular mail |

*rev. 8/1/15*
Best Case Bankruptcy

| Address | | Method |
|---|---|---|
| | | ☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Merrick Bank/CardWorks**<br>**Attn: Bankruptcy**<br>**Po Box 9201**<br>**Old Bethpage, NY 11804** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Midland Funding**<br>**2365 Northside Dr Ste 300**<br>**San Diego, CA 92108** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Nelnet**<br>**Attn: Claims**<br>**Po Box 82505**<br>**Lincoln, NE 68501** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Receivable Management Inc**<br>**7206 Hull Rd**<br>**Ste 211**<br>**Richmond, VA 23235** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Remex Inc**<br>**Attn: Bankruptcy**<br>**307 Wall St.**<br>**Princeton, NJ 08540** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Santander Consumer USA**<br>**Attn: Bankruptcy**<br>**Po Box 961245**<br>**Fort Worth, TX 76161** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

*rev. 8/1/15*
Best Case Bankruptcy

| | | |
|---|---|---|
| **Village Capital & Investment LLC**<br>**1040 N Kings Highway, Suite 407**<br>**Cherry Hill, NJ 08034** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Capital One, N.A.**<br>**c/o Becket & Lee LLP**<br>**PO Box 3001**<br>**Malvern, PA 19355-0701** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **ECMC**<br>**PO Box 16408**<br>**St. Paul, MN 55116-0408** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Patient First**<br>**c/o Receivables Management System**<br>**PO Box 73810**<br>**North Chesterfield, VA 23235-8047** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Synchrony Bank**<br>**c/o Weinstein & Riley, PS**<br>**2001 Western Ave., Ste 400**<br>**Seattle, WA 98121-3132** | | ☐ Hand-delivered<br>☑ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |
| **Isabel C. Balboa**<br>**Chapter 13 Standing Trustee**<br>**Cherry Tree Corporate Center**<br>**535 Route 38 - Ste 580**<br>**Cherry Hill, NJ 08002-2977** | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☑ Notice of Electronic Filing (NEF)<br>☐ Other ___<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.