# United States Bankruptcy Court
## District of New Jersey

In re: **Carlos Benvennutti, Jr**
**Vernice L Tolliver-Benvennutti**
Debtor(s)

Case No. **18-28608**
Chapter **13**

# CHAPTER 13 PLAN TRANSMITTAL LETTER

Second Notice to Creditors affected by Motions in Chapter 13 Plans:

You should have previously received from the court a copy of the plan proposed by the Debtor.

The enclosed plan is a copy of the one sent to you by the court. It has been served upon you again due to being modified.

Per Order dated May 22, 2019, this matter is being held for 10 days. There is no further hearing schedules at this time.

YOU SHOULD CONSULT WITH YOUR ATTORNEY PROMPTLY, SINCE ENTRY OF AN ORDER OF CONFIRMATION WILL BIND YOU TO ALL OF THE TERMS OF THE CONFIRMED PLAN.

*rev.8.22.13*