**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**
**0** Valuation of Security    **0** Assumption of Executory Contract or Unexpired Lease    **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In Re:  **Carlos Benvennutti, Jr**
**Vernice L Tolliver-Benvennutti**

Debtor(s)

Case No.: 18-28608
Judge: ABA

## CHAPTER 13 PLAN AND MOTIONS

☐ Original     ☑ Modified/Notice Required     Date: 5/31/19
☐ Motions Included     ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

**The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **BJS**      Initial Debtor:  **C B**      Initial Co-Debtor  **VLT**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **$3,950** to the Chapter 13 Trustee through May, 2019, starting on **June 1, 2019** for approximately **52** months the Debtor shall pay $955.00 to the Chapter 13 Trustee.

b. The debtor shall make plan payments to the Trustee from the following sources:
  ☑ Future Earnings
  ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
  ☐ Sale of real property
  Description:
  Proposed date for completion: _____

  ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____

  ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.
e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection     X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Brad J. Sadek, Esquire** | **Attorney Fees** | **2,955.00** |
| **Internal Revenue Service** | **Income Taxes** | **$18,629.05** |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
  ☑ None

| | |
|---|---|
| ☐ | The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4): |

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| Village Capital and Investment, LLC | 2402 Brandies Avenue Cinnaminson, NJ 08077 Burlington County | 26,561.62 | Paid Directly | 26,561.62 | Paid Directly |

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| | | | | | |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

    1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

### e. Surrender ☑ NONE

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

### f. Secured Claims Unaffected by the Plan ☐ NONE

The following secured claims are unaffected by the Plan:

| Creditor |
|---|
| Santander Consumer USA, Claim Number 4-1 |

### g. Secured Claims to be Paid in Full Through the Plan ☑ NONE

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5: Unsecured Claims ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

- ☐ Not less than   to be distributed *pro rata*
- ☐ Not less than ___ percent
- ☑ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6: Executory Contracts and Unexpired Leases  X NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

## Part 7: Motions  X NONE

4

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

NOTE: **All plans containing motions must be served on all potentially affected creditors, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
  ☑ Upon Confirmation
  ☐ Upon Discharge

b. **Payment Notices**
Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

d. Post-Petition Claims

The Standing Trustee ☑ is, ☐ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: ____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| Plan payments increasing to match IRS claim | Part 1(a) plan payments increasing to $955 |
| Include IRS Priority Claim (Claim is subject to change during the course of the bankruptcy, upon an amended claim filed by the IRS, the debtor will file a modified plan) | Listed in Part 3(a) |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

## Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 5/31/19        /s/ Carlos Benvennutti, Jr
                     **Carlos Benvennutti, Jr**
                     Debtor

Date: 5/31/19        /s/ Vernice L Tolliver-Benvennutti
                     **Vernice L Tolliver-Benvennutti**
                     Joint Debtor

Date 5/31/19         /s/ Brad J. Sadek, Esquire
                     **Brad J. Sadek, Esquire**
                     Attorney for the Debtor(s)

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

```
                          United States Bankruptcy Court
                             District of New Jersey

In re:                                                          Case No. 18-28608-ABA
Carlos Benvennutti, Jr                                          Chapter 13
Vernice L Tolliver-Benvennutti
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin              Page 1 of 2            Date Rcvd: Jun 06, 2019
                               Form ID: pdf901          Total Noticed: 34


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2019.
db/jdb        +Carlos Benvennutti, Jr,    Vernice L Tolliver-Benvennutti,    2402 Brandies Avenue,
                Cinnaminson, NJ 08077-3519
cr            +Village Capital & Investment, LLC,    1040 N. Kings Highway. Suite 407,
                Cherry Hill, NJ 08034-1925
517761644     +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                Lancaster, PA 17601-4890
517805807      Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517761648     +Dovenmuehle Mortgage Inc,    PO Box 371306,    Pittsburgh, PA 15250-7306
517919813      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
517919814      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408,    ECMC,    PO BOX 16408,
                ST. PAUL, MN 55116-0408
517761649     +I C System Inc,    444 Highway 96 East,    P.O. Box 64378,    St. Paul, MN 55164-0378
517871643     +Larchmont Imaging,    Apex Asset Management, LLC,    PO Box 5407,    Lancaster, PA 17606-5407
517798311     +Nelnet on behalf of ASA,    PO Box 16129,    St. Paul, MN 55116-0129
517761655     +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
517819895     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517820720     +Santander Consumer USA,    PO Box 961245,    Fort Worth, TX 76161-0244
517761656     +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
517886990     +Village Capital & Investment, LLC,    1 Corporate Drive,Suite 360,    Lake Zurich, IL 60047-8945
517871640     +Virtua Health System WJ,    Apex Asset Management, LLC,    PO Box 5407,
                Lancaster, PA 17606-5407

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 06 2019 23:56:08      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 06 2019 23:56:06      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
517761645     +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2019 00:01:58      Capital One,
                Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517824243      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 07 2019 00:01:58
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
517761646     +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 06 2019 23:55:36      Comenity Capital/mprc,
                Po Box 182120,    Columbus, OH 43218-2120
518048107     +E-mail/Text: cio.bncmail@irs.gov Jun 06 2019 23:55:18      Department of Treasury,
                Internal Revenue Service,    P O Box 7346,    Philadelphia, PA 19101-7346
517761647     +E-mail/Text: bankruptcynotices@dcicollect.com Jun 06 2019 23:56:43
                Diversified Consultants, Inc.,    Attn: Bankruptcy,    Po Box 551268,
                Jacksonville, FL 32255-1268
517761650     +E-mail/Text: bncnotices@becket-lee.com Jun 06 2019 23:55:06      Kohls/Capital One,
                N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517826593      E-mail/Text: bkr@cardworks.com Jun 06 2019 23:54:47      MERRICK BANK,
                Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
517761651     +E-mail/Text: bkr@cardworks.com Jun 06 2019 23:54:47      Merrick Bank/CardWorks,
                Attn: Bankruptcy,    Po Box 9201,    Old Bethpage, NY 11804-9001
517761652     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 06 2019 23:56:06      Midland Funding,
                2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517866264     +E-mail/Text: bankruptcydpt@mcmcg.com Jun 06 2019 23:56:06      Midland Funding LLC,
                PO Box 2011,    Warren, MI 48090-2011
517761653     +E-mail/Text: electronicbkydocs@nelnet.net Jun 06 2019 23:56:11      Nelnet,    Attn: Claims,
                Po Box 82505,    Lincoln, NE 68501-2505
517815562     +E-mail/Text: colleen.atkinson@rmscollect.com Jun 06 2019 23:57:07
                Patient First c/o Receivables Management Systems,    PO Box 73810,
                North Chesterfield, VA 23235-8047
517873854      E-mail/Text: bnc-quantum@quantum3group.com Jun 06 2019 23:55:55
                Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                Kirkland, WA 98083-0788
517761654      E-mail/Text: colleen.atkinson@rmscollect.com Jun 06 2019 23:57:07      Receivable Management Inc,
                7206 Hull Rd,    Ste 211,    Richmond, VA 23235
517885618     +E-mail/Text: bncmail@w-legal.com Jun 06 2019 23:56:19      SYNCHRONY BANK,
                c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517766198     +E-mail/PDF: gecsedi@recoverycorp.com Jun 07 2019 00:01:46      Synchrony Bank,
                c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 18

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2019 at the address(es) listed below:
              Brad J. Sadek    on behalf of Joint Debtor Vernice L Tolliver-Benvennutti bradsadek@gmail.com,
               bradsadek@gmail.com
              Brad J. Sadek    on behalf of Debtor Carlos  Benvennutti, Jr bradsadek@gmail.com,
               bradsadek@gmail.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Steven P. Kelly    on behalf of Creditor   Village Capital & Investment, LLC
               skelly@sterneisenberg.com,  bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```