File No.: 50098
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
(856)866-0100
Attorney for Santander Consumer USA Inc.
JM5630_____

|  |  |
|---|---|
| IN RE:<br><br>  CARLOS BENVENNUTTI, JR.<br>  VERNICE L. TOLLIVER-BENVENNUTTI | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY<br><br>CHAPTER 13<br>CASE NO: 18-28608(ABA)<br>HEARING DATE: 11-26-2019<br><br>NOTICE OF MOTION OF SANTANDER CONSUMER USA INC. TO MODIFY THE AUTOMATIC STAY |

To:

        Carlos and Vernice Benvennutti
        2402 Brandies Avenue
        Cinnaminson, NJ 08077
        Debtors

        Brad J. Sadek, Esq.
        1315 Walnut Street
        Suite 502
        Philadelphia, PA 19107
        Attorney for the debtors

        Isabel C. Balboa
        Cherry Tree Corporate Center
        535 Route 38, Suite 580
        Cherry Hill, NJ 08002
        Trustee

        U.S. Trustee, US Dept of Justice
        Office of the US Trustee
        One Newark Center, Suite 2100
        Newark, NJ 07102

John R. Morton, Jr., Esquire, attorney for Santander Consumer USA Inc., has filed papers with the Court for relief from the automatic stay to permit Santander Consumer USA Inc. to repossess and sell the motor vehicle(s) described in the attached pleadings.  **Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult with one.**  If you do not want the Court to grant the relief sought, or if you want the Court to consider your views on the motion, then no later than seven (7) days before the hearing date, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer, explaining your position) at:

United States Bankruptcy Court
1 John F. Gerry Plaza
4th & Cooper Streets
Camden, NJ 08101

If you mail your (request) (response) to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

John R. Morton, Jr., Esquire
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

TAKE FURTHER NOTICE that the facts movant relies upon, as set forth on the accompanying certification, and the basis for relief from the automatic stay, do not present complicated questions of fact or unique questions of law, it is hereby submitted that no brief is necessary in the Court's consideration of the within Motion, and TAKE FURTHER NOTICE that oral argument is hereby not requested.

**Attend the hearing scheduled to be held on November 26, 2019 at 10 a.m. in Courtroom #4B, United States Bankruptcy Court, 1 John F. Gerry Plaza, 4th & Cooper Streets, Camden, New Jersey 08101.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order.

Date:   10-30-2019                     /s/ John R. Morton, Jr., Esquire
                                       John R. Morton, Jr., Esquire
                                       Attorney for Santander Consumer USA Inc.